# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, APPEARING ON BEHALF ERRONEOUSLY NAMED DEFENDANT BOSTON OLD COLONY INSURANCE COMPANY f/k/a Old Colony Insurance Company and DOES 1-20, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 4:12-cv-05865-YGR<br><br>*Assigned to:*<br>*Hon. Yvonne Gonzalez Rogers*<br>*Oakland Courthouse, Courtroom 5*<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR WESTCHESTER FIRE INSURANCE COMPANY TO RESPOND TO THE CONTINENTAL INSURANCE COMPANY'S SECOND AMENDED THIRD-PARTY COMPLAINT FOR CONTRIBUTION, INDEMNITY, AND DECLARATORY RELIEF AGAINST WESTCHESTER FIRE INSURANCE CO.**<br><br>Old Response Date:   April 24, 2013<br>New Response Date:   June 7, 2013 |
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance; WESTCHESTER FIRE INSURANCE CO.; and ROES 1-20,<br><br>　　　　Third-Party Defendants. | Complaint Filed:          10/4/12<br>3rd Party Complaint Filed: 3/26/13<br>Trial Date:                None |

**[PROPOSED] ORDER EXTENDING TIME FOR WESTCHESTER TO RESPOND TO SECOND AMENDED THIRD-PARTY COMPLAINT**

The Court has reviewed the Stipulation filed by Third-Party Defendant Westchester Fire Insurance Company ("Westchester") and Defendant and Third-Party Plaintiff The Continental Insurance Company ("Continental"), to extend the date by which Westchester must respond to Continental's Second Amended Third-Party Complaint by until June 7, 2013.  That stipulation is incorporated in its entirety by reference.  Good cause appearing therefore, the Court hereby rules as follows:

1. The time for Westchester to respond to The Continental Insurance Company's Second Amended Third-Party Complaint for Contribution, Indemnity, and Declaratory Relief Against Westchester Fire Insurance Co. shall be extended in accordance with the parties' stipulation such that Westchester's response is now due on or before June 7, 2013.

**IT IS SO ORDERED.**

April 26, 2013

DATED                                                  UNITED STATES DISTRICT JUDGE