**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWLEY MARITIME CORP.,** | **Case No.: 12-CV-05865 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **BOSTON OLD COLONY INSURANCE CO.** *et al.*, | |
| **Defendant(s).** | |
| **AND RELATED ACTIONS** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from Monday, June 10, 2013 to **Monday, July 22, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

The Court notes that the parties did not file an updated Joint Case Management Statement. "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c).

The Request for Telephonic Appearance at the June 10, 2013 Case Management Conference is, therefore, **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: June 6, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**