**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWLEY MARITIME CORP.,** | Case No.: 12-CV-5865 YGR |
| **Plaintiff,** | **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **BOSTON OLD COLONY INS. CO.,** *et al.*, | |
| **Defendant(s).** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **RESET** for **MONDAY, JULY 22, 2013,** at **2:00 P.M.,** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c).

**IT IS SO ORDERED.**

July 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**