**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWLEY MARITIME CORPORATION,** <br>     **Plaintiff,** <br>     vs. <br> **BOSTON OLD COLONY INSURANCE COMPANY,** *et al.*, <br>     **Defendants.** | **Case No.: 12-CV-5865 YGR** <br><br> **CASE MANAGEMENT ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| STATUS CONFERENCE: | Monday, October 7, 2013 at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | August 9, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | March 24, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 1, 2014 <br> Rebuttal: May 15, 2014 |
| EXPERT DISCOVERY CUTOFF: | June 13, 2014 |

When the parties appear at the October 7, 2013 status conference, they shall apprise the Court of the outcome of their settlement efforts. If the case has not settled in principle at that time, the parties shall apprise the Court of their discovery plan and the Court may set a trial date and deadline for filing summary judgment motions.

**IT IS SO ORDERED.**

Dated: July 25, 2013

                                        _____
                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**