**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWLEY MARITIME CORPORATION,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**BOSTON OLD COLONY INS. CO.,** *et al.*,<br><br>    **Defendants.** | Case No.: 12-CV-5865 YGR<br><br>**ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    On December 2, 2013, counsel for third-party defendants United Kingdom Mutual Steam Ship Assurance Association (Bermuda) and West of England Ship Owners Mutual Insurance Association (Luxembourg) (collectively, "Third-Party Defendants") submitted a thirteen-page, single-spaced letter brief previewing their proposed motions for summary judgment. Counsel for the Third-Party Defendants are hereby **ORDERED TO SHOW CAUSE** why sanctions should not issue for their failure to comply with the Court's Standing Order in Civil Cases, which limits pre-filing briefs to three single-spaced pages. Standing Order in Civil Cases, http://cand.uscourts.gov/ygrorders.

    Counsel for Third-Party Defendants shall electronically file a written response to this Order to Show Cause no later than **11:00 a.m. Pacific time on Wednesday, December 11, 2013**. The response shall not exceed three pages in length.

    **IT IS SO ORDERED.**

Date: December 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**