**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CROWLEY MARITIME CORPORATION,** | Case No.: **12-CV-5865 YGR** |
| **Plaintiff,** | **ORDER TO SHOW CAUSE** |
| vs. | |
| **BOSTON OLD COLONY INS. CO.,** *et al.*, | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On December 2, 2013, counsel for third-party defendants United Kingdom Mutual Steam Ship Assurance Association (Bermuda) and West of England Ship Owners Mutual Insurance Association (Luxembourg) (collectively, "Third-Party Defendants") submitted a thirteen-page, single-spaced letter brief previewing their proposed motions for summary judgment. Counsel for the Third-Party Defendants are hereby **ORDERED TO SHOW CAUSE** why sanctions should not issue for their failure to comply with the Court's Standing Order in Civil Cases, which limits pre-filing briefs to three single-spaced pages. Standing Order in Civil Cases, http://cand.uscourts.gov/ygrorders.

Counsel for Third-Party Defendants shall electronically file a written response to this Order to Show Cause no later than **11:00 a.m. Pacific time on Wednesday, December 11, 2013**. The response shall not exceed three pages in length.

**IT IS SO ORDERED.**

Date: December 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California