UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, APPEARING ON BEHALF OF ERRONEOUSLY NAMED DEFENDANT BOSTON OLD COLONY INSURANCE COMPANY f/k/a Old Colony Insurance Company, and DOES 1-20, inclusive,<br><br>　　　　　Defendant.<br><br>THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY,<br><br>　　　　　Third-Party Plaintiff,<br><br>v. | Case No.  3:12-cv-05865-VC<br><br>**Hon. Vince Chhabria**<br><br>San Francisco Courthouse<br>Courtroom 10 -19th Floor<br><br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER
CASE NO. 3:12-CV-05865 VC

\\LA - 040790/000001 - 1096536 v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | THE WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBOURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance, TRAVELERS INDEMNITY CO.; WESTCHESTER FIRE INSURANCE CO., and DOES 1-20<br><br>         Third-Party Defendants |

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that the case management conference shall be continued to July 22, 2014, at 10 a.m.

Dated: June 26, 2014

By: _____

HONORABLE VINCE CHHABRIA
United States District Judge

Hogan Lovells US LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] ORDER
CASE NO. 3:12-CV-05865 VC

\\LA - 040790/000001 - 1096536 v1