UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, APPEARING ON BEHALF OF ERRONEOUSLY NAMED DEFENDANT BOSTON OLD COLONY INSURANCE COMPANY f/k/a Old Colony Insurance Company, and DOES 1-20, inclusive,,<br><br>    Defendants. | Case No. 3:12-cv-05865-VC<br><br>**Hon. Vince Chhabria**<br><br>San Francisco Courthouse<br>Courtroom 10 -19th Flr.<br><br>**[~~PROPOSED~~] ORDER CONTINUING FACT DISCOVERY DEADLINE**<br><br>Case Filed: 10/4/2012<br>3rd Party Complaint: 3/26/2013 |
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE | |

| | |
|---|---|
| 1 | ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance, TRAVELERS INDEMNITY CO.; WESTCHESTER FIRE INSURANCE CO., and ROES 1-20, |

Third-Party Defendants.

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that the judicial fact discovery deadline shall be continued to October 28, 2014.

Dated: October 10, 2014

By:_____

HONORABLE VINCE CHHABRIA
United States District Judge