1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, | Case No. 3:12-cv-05865-VC |
| Plaintiff, | **Hon. Vince Chhabria** |
| v. | San Francisco Courthouse Courtroom 10 -19th Floor |
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, APPEARING ON BEHALF OF ERRONEOUSLY NAMED DEFENDANT BOSTON OLD COLONY INSURANCE COMPANY f/k/a Old Colony Insurance Company, and DOES 1-20, inclusive, | [~~PROPOSED~~] **ORDER CONTINUING JUDICIAL STATUS CONFERENCE AND TO ALLOWING PARTIES' COUNSEL TO PARTICIPATE BY TELEPHONE** <br> AS MODIFIED <br><br> ALL |
| Defendant. | |
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER
CASE NO. 3:12-CV-05865 VC

\\040790/000001 - 1102317 v1

| | |
|---|---|
| 1 | THE WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBOURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance, TRAVELERS INDEMNITY CO.; WESTCHESTER FIRE INSURANCE CO., and DOES 1-20 |
| 8 | Third-Party Defendants |

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that the judicial status conference shall be continued to October 21, 2014, at ~~10:00~~ 11:00 a.m. and the parties will participate telephonically. Counsel for West of England to provide a call-in number. by no later than three court days before the hearing.
There will be no further continuances of this matter.

Dated: October 10, 2014

By: _____
HONORABLE VINCE CHHABRIA
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

[PROPOSED] ORDER
CASE NO. 3:12-CV-05865 VC

\\040790/000001 - 1102317 v1