UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION<br><br>    Plaintiff,<br><br>        v.<br><br>THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY, APPEARING ON BEHALF OF ERRONEOUSLY NAMED DEFENDANT BOSTON OLD COLONY INSURANCE COMPANY f/k/a Old Colony Insurance Company, and DOES 1-20, inclusive,,<br><br>    Defendants. | Case No. 3:12-cv-05865-VC<br><br>**Hon. Vince Chhabria**<br><br>San Francisco Courthouse<br>Courtroom 10 -19th Flr.<br><br>[~~PROPOSED~~] **ORDER REALIGNING THE PARTIES**<br><br>Case Filed: 10/4/2012<br>3rd Party Complaint: 3/26/2013 |
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>        v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE | |

ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance, TRAVELERS INDEMNITY CO.; WESTCHESTER FIRE INSURANCE CO., and ROES 1-20,

   Third-Party Defendants.

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that:

1. Crowley Maritime Corporation is dismissed from this lawsuit;

2. The Continental Insurance Company as Successor by Merger to Boston Old Colony Insurance Company is hereby reclassified as the plaintiff in this action;

3. West of England Ship Owners Mutual Insurance Association (Luxembourg); United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited; Travelers Indemnity Company; Phoenix Insurance Co. f/k/a Connecticut Fire Insurance; Travelers Indemnity Co.; Westchester Fire Insurance Co.; and Roes 1-20 are hereby reclassified as the defendants in this action;

4. On a going forward basis, the caption of this litigation will be modified to reflect the realignment of parties; and

5. All pending dates, deadlines, and periods of time in this case shall remain unchanged and be unaffected by the reclassification of the parties.

Dated: October 15, 2014

By:_____

HONORABLE VINCE CHHABRIA
United States District Judge