UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG), et al.,<br><br>　　　　Defendants. | Case No.  12-cv-05865-VC<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

In today's case management conference, all parties informed the Court that they have reached a settlement in substance and are in the process of finalizing the language of their settlement agreement.  Accordingly, all parties have agreed that the case should be conditionally dismissed.  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action, upon a showing of good cause, within 45 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 45 days, the dismissal will be with prejudice.

**IT IS SO ORDERED**.

Dated: November 6, 2014

_____
VINCE CHHABRIA
United States District Judge