UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG), et al.,<br><br>    Defendants. | Case No.  12-cv-05865-VC<br><br>**ORDER RE PLAINTIFF'S MOTION TO REOPEN THE CASE**<br><br>Re: Dkt. No. 97 |

The parties are ordered to appear at an in-person case management conference on Tuesday, March 17, 2015 at 10:00 a.m. to discuss Continental's request to reopen the case, and, assuming the case is reopened, to set a trial schedule. Seven days prior to the case management conference, the parties must file a joint case management statement which proposes a new trial schedule. Any request for a continuance of this case management conference will be denied.

**IT IS SO ORDERED**.

Dated: February 4, 2015

VINCE CHHABRIA
United States District Judge