1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY AS SUCCESSOR BY MERGER TO BOSTON OLD COLONY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBURG); UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE ASSOCIATION (BERMUDA) LIMITED; TRAVELERS INDEMNITY COMPANY; PHOENIX INSURANCE CO. f/k/a Connecticut Fire Insurance, TRAVELERS INDEMNITY CO.; WESTCHESTER FIRE INSURANCE CO., and ROES 1-20,<br><br>        Defendants. | Case No. 3:12-cv-05865-VC<br><br>**Hon. Vince Chhabria**<br><br>San Francisco Courthouse<br>Courtroom 10 -19th Flr.<br><br>[~~PROPOSED~~] **ORDER OF CONDITIONAL DISMISSAL**<br><br>Case Filed: 10/4/2012<br>3rd Party Complaint: 3/26/2013 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED]** ORDER

In their March 11, 2015 Joint Case Management Statement and Request for Conditional Dismissal [Doc. 99], all parties informed the Court that they have finalized a settlement and that only one party has yet to sign the agreement, which signature is expected any day. Accordingly, all parties have agreed that the case should be conditionally dismissed. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action, upon a showing of good cause, within 30 days of this Order if the settlement is not completed. If a request to reinstate the case is not filed and served on opposing counsel within 30 days, the dismissal shall remain without prejudice but may only be reopened consistent with the terms of the parties' final settlement agreement.

Dated:  March 13, 2015

By:_____

HONORABLE VINCE CHHABRIA
United States District Judge